Dismissed and Memorandum Opinion filed April 22, 2010.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00970-CV

____________

 

KELLY WOOD, Appellant

 

V.

 

TEXAS CHIROPRACTIC COLLEGE, Appellee

 



 

On Appeal from the
190th District Court 

Harris County,
Texas

Trial Court Cause
No. 2009-08291

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed August 17, 2009.  On April 15, 2010, appellant
filed an unopposed motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered
dismissed.

PER
CURIAM

 

Panel consists of Chief Justice Hedges and Justices
Yates and Boyce.